HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
JASMEET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-mj-00175-JDP |
| Plaintiff, | ) **NOTICE OF APPEARANCE AND** |
| vs. | ) **DESIGNATION OF COUNSEL** |
| JASMEET SINGH, | ) |
| Defendant. | ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for

Jasmeet Singh, and designate counsel for service as follows:

NOA E. OREN
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  December 8, 2025

/s/ Noa E. Oren
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
JASMEET SINGH

NOTICE OF APPEARANCE AND DESIGNATION
OF COUNSEL

-1-