ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JASMEET SINGH,<br><br>                    Defendant. | CASE NO. 2:25-MJ-00175-JDP<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>DATE: December 16, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Sean C. Riordan. |

**STIPULATION**

1.      By prior order, this matter was set for Preliminary Hearing on December 16, 2025. ECF No. 9.

2.      By this Stipulation, the parties now move to continue the Preliminary Hearing until December 18, 2025, at 2:00 p.m.

3.      The defendant made his initial appearance on December 2, 2025. ECF No. 7.

4.      The defendant is presently in custody pending trial in this matter, and has a continued detention hearing set for December 9, 2025. ECF No. 9.

5.      The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation. Accordingly, the parties respectfully request a short continuance of the hearing until December 18, 2025.

6. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including December 18, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

IT IS SO STIPULATED.

Dated: December 8, 2025

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: December 8, 2025

/s/ NOA OREN
NOA OREN
Assistant Federal Defender
Counsel for Defendant
Jasmeet Singh

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, ____.

THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE